UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NOUREDDINE BHIRI, *et al.*        )
                                  )
vs                                )
                                  )   Case No. 1:22-cv-03727
TAOUFIK CHARFEDDINE, *et al.*     )
                                  )

NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs, by and through undersigned counsel, hereby voluntarily dismisses their Complaint against all Defendants in this matter.

Dated: December 20, 2023            Respectfully submitted,

                                    __/s/ Faisal Gill_____
                                    Faisal Gill
                                    GILL LAW FIRM
                                    1717 Pennsylvania Ave NW, Suite 1025
                                    Washington DC 20006
                                    (310)418-6675
                                    (310)388-0564 (fax)
                                    fgill@glawoffice.com

                                    Counsel for Plaintiffs

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 20, 2023, a copy of the foregoing Notice of Voluntary Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                                                                    _/s/ Faisal Gill_____
                                                                                                    Faisal Gill